Mary Rolinek, appellee, v. Sherman State Bank, appellant. Gen. No. 34,983.

Opinion filed June 28, 1932.
Joseph F. Elward, for appellant. James Percival Pio, for appellee.
Mr. Presiding Justice Kerner delivered the opinion of the court.

Paul H. Davis et al., appellees, v. Troy Smith, appellant. Gen. No. 35,551.

Opinion filed June 28, 1932. Rehearing denied July 11, 1932.
Wendell E. Green, for appellant. Murphy, Hollywood, Turner & Barron, for appellees; Louis C. Horner, of counsel.
Mr. Presiding Justice Kerner delivered the opinion of the court.

Joseph Caligaris and A. Caligaris, defendants in error, v. Mary E. Martin et al., defendants. Mary E. Martin and Lillian Marion Martin, plaintiffs in error. Gen. No. 35,686.

Opinion filed June 28, 1932. Rehearing denied July 11, 1932.
Watkins & Watkins, for plaintiffs in error. Hume & Kennedy, for defendants in error.
Mr. Presiding Justice Kerner delivered the opinion of the court.

Agnes Shekerjian, complainant, v. Paul Shekerjian, defendant. Edward C. Guilmez, appellant, v. Agnes Shekerjian, appellee. Gen. No. 35,711.

Opinion filed June 28, 1932.
Edward C. Guilmez, *pro se*. Coburn, Kearney & Coburn, for appellee; Marshall V. Kearney, of counsel.
Mr. Presiding Justice Kerner delivered the opinion of the court.